# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DAMALI MIDINA KAFI,**
**also known as EDWARD LEON JACKSON, SR.,**
        **Plaintiff,**

    **v.**                               **Case No. 15-CV-334**

**SCOTT ECKSTEIN,**
**EDWARD WALL,**
**STEVE SCHUELER, and**
**JOHN/JANE DOE,**
        **Defendants.**

## DECISION AND ORDER

Plaintiff Damali Midina Kafi, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 along with a motion for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. By order dated April 2, 2015, I ordered plaintiff to forward to the Clerk of Court by April 23, 2015, the sum of $21.25 as an initial partial filing fee in this action. I advised plaintiff that, upon payment of this fee, I would determine whether the action can proceed in forma pauperis. To date, plaintiff has not paid this partial filing fee. From this failure to pay the initial filing fee I infer that plaintiff no longer wants to prosecute this action.

However, before dismissing this case for failure to pay the initial fee, I must determine whether the prisoner is at fault for the non-payment. See Thomas v. Butts, 745 F.3d 309, 312-13 (7th Cir. 2014). A court may not dismiss the suit of a prisoner who has a lack of funds in the account. Id. at 312; see also § 1915(b)(4) ("In no event shall a prisoner be prohibited from bringing a civil action . . . for the reason that the prisoner has no assets and no means by which to pay the initial partial filing fee."). "But if the court finds

that the prisoner is unable to pay the partial filing fee at the time of collection because he intentionally depleted his account to avoid payment, the court in its sound discretion may dismiss the action." Thomas, 745 F.3d at 312 (citations and internal quotation omitted).

**THEREFORE, IT IS ORDERED** that plaintiff shall show cause why this case should not be dismissed for nonpayment of the initial partial filing fee.

**IT IS FURTHER ORDERED** that on or before **Friday, June 5, 2015**, plaintiff shall provide the court with information regarding why the initial partial filing fee has not been paid.

**IT IS ALSO ORDERED** that a copy of this order be sent to the warden of the institution where the inmate is confined.

Dated at Milwaukee, Wisconsin, this 15th day of May, 2015.

s/ Lynn Adelman

_____
LYNN ADELMAN
District Judge