# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DAMALI MIDINA KAFI,**
also known as **EDWARD LEON JACKSON, SR.,**
    Plaintiff,

v.                                             Case No. 15-CV-334

**SCOTT ECKSTEIN,**
**EDWARD WALL,**
**STEVE SCHUELER, and**
**JOHN/JANE DOE ,**
    Defendants,

## DECISION AND ORDER

Plaintiff, Damali Midina Kafi, a state prisoner at Redgranite Correctional Institution (Redgranite), filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983, alleging that his civil rights were violated. In an Order entered September 22, 2015, I allowed plaintiff to proceed on retaliation claims against the defendants. This matter is now before me on plaintiff's motion for leave to file an amended complaint.

In his motion, plaintiff acknowledges that it is after the deadline for filing amended pleadings. However, he submits that he received defendants' responses to his discovery requests after that deadline. After reviewing the discovery responses, plaintiff no longer believes he can proceed in good faith against defendants Edward Wall, Steven Schueler, and Jane/John Doe. He has submitted an amended complaint containing only claims against defendant Scott Eckstein. Under Federal Rule of Civil Procedure 15(a)(2), "[t]he court should freely give leave when justice so requires." I will grant plaintiff's motion to amend and dismiss defendants Edward Wall, Steve Schueler, and John/Jane Doe.

I also will screen plaintiff's proposed amended complaint pursuant to 28 U.S.C. § 1915A. The allegations in plaintiff's proposed amended complaint are almost exactly the same as in his original complaint, though he has removed allegations regarding the other defendants. Plaintiff has once against stated a retaliation claim against defendant Eckstein. See Bridges v. Gilbert, 557 F.3d 541, 546 (7th Cir. 2009) (internal quotations omitted).

**THEREFORE, IT IS ORDERED** that plaintiff's motion to amend/correct complaint (Docket #15) is **GRANTED**.

**IT IS FURTHER ORDERED** that the following defendants are **DISMISSED**: Edward Wall, Steve Schueler, and John/Jane Doe.

**IT IS FURTHER ORDERED** that the Clerk of Court shall docket plaintiff's proposed amended complaint.

**IT IS FURTHER ORDERED** that defendant Scott Eckstein shall file an answer to plaintiff's amended complaint.

Dated at Milwaukee, Wisconsin, this 26th day of February, 2016.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge