UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**DUMALI MUDINA KAFI, also known as
EDWARD LEON JACKSON, SR.,**

      **Plaintiff,**

      v.                                         Case No. 15-CV-334

**SCOTT ECKSTEIN,**

      **Defendant.**

---

### ORDER

On June 1, 2016, I entered an order advising plaintiff that I would dismiss this case if he did not file his response to defendant's motion for summary judgment on or before June 24, 2016. On June 20, 2016, plaintiff moved for a two-day extension because he had to make a disbursement request for postage and believed the documents would arrive at the court on June 27 or June 28. A month later, the documents had still not arrived. On July 28, 2016, I entered an order giving plaintiff until August 15, 2016, to file his response to the motion for summary judgment or show good cause why the court has not received them yet. Plaintiff has filed nothing.

In my June 1 and July 28 orders, I advised plaintiff that failure to respond would result in dismissal of this action for lack of prosecution.

**THEREFORE, IT IS ORDERED** that this case is **DISMISSED WITH PREJUDICE** for lack of prosecution pursuant to Civil Local Rule 41(c) (E.D. Wis.) and Federal Rule of Civil Procedure 41(b).

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 23rd day of August, 2016.

        **BY THE COURT:**

        s/ Lynn Adelman
        _____
        LYNN ADELMAN
        United States District Judge